## Commonwealth ex rel. O'Halloran, Appellant, *v.* Myers.

Submitted September 11, 1967. *Francis O'Halloran,* appellant, in propria persona; *James D. Crawford* and *Alan J. Davis,* Assistant District Attor-

neys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.